63613, 63614, 63615. STATE v. POPE (three cases).
63616, 63617, 63618. STATE v. SAILEM (three cases).

QUILLIAN, Chief Judge.
The facts in these cases are in all material respects identical to those of *State v. Adamczyk,* 162 Ga. App. 288 (290 SE2d 149). Therefore, the decision in that case is controlling as to these appeals.

*Judgments reversed. Shulman, P. J., and Carley, J., concur.*

DECIDED APRIL 29, 1982.

*Beverly B. Hayes, District Attorney, H. Jeff Lanier, Assistant District Attorney,* for appellant.
*W. W. Larsen,* for appellee.